**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANTONIA LASHLEY and MICHAEL STRATFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:24-cv-01444-LK<br><br>**NOTICE OF DISMISSAL** |



WYATT GRONSKI PLLC
ATTORNEYS
540 Newport Way NW, Suite 200
Issaquah, WA 98027
425.395.7784

PLEASE TAKE NOTICE that Plaintiffs Antonia Lashley and Michael Stratford, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Amazon.com, Inc. without prejudice.

Dated: April 20, 2026

Respectfully submitted,

*/s/ Yeremey O. Krivoshey*

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**WYATT GRONSKI PLLC**
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

*Attorneys for Plaintiffs*
**Admitted pro hac vice*